# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Christian Ganas**
    Debtor

Case No.:   12–42287–LWD

Judge:   Lamar W. Davis Jr.

Chapter:   13

## ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE BEFORE CONFIRMATION

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is dismissed with prejudice, barring refiling of a petition by the debtor(s) within 180 days of this order or until the filing fee is paid due to failure to pay filing/administrative fee and failure to make required plan payments. Filing/Administrative Fee of $281.00 is due and owing .

During the pendency of this case, each secured creditor who was to receive payments from the Chapter 13 Trustee under the terms of the Debtor's proposed plan has received no payment. The Chapter 13 Trustee may have accumulated payments made by the Debtor pending confirmation of a Chapter 13 plan. 11 U.S.C. §1326(a). Each secured creditor's interest in its collateral has been impaired to the extent that it has received no payment and has been prevented from foreclosing its security interest by the automatic stay of 11 U.S.C. §362(a).

The Debtor provides "adequate protection" to each secured creditor by making pre–confirmation payments to the Chapter 13 Trustee. In re Coplin, No. 486–00886 (Bankr. S.D.Ga. 1987); 11 U.S.C. §361. Upon confirmation of the Debtor's plan, these accumulated funds would have been distributed pro–rata to secured creditors to compensate them for the delay they have endured as a result of the automatic stay. Because this case is being dismissed prior to confirmation of a plan, secured creditors will receive no payment on account of the plan; the "adequate protection" provided by the Debtor in the form of payment to the Trustee has proved to be inadequate.

When "adequate protection" proves to be inadequate, each affected secured creditor is entitled to alternative compensation in the form of an administrative expense claim. 11 U.S.C. §507(b). They are entitled to pro–rata satisfaction of those claims out of the monies which the Debtor has paid to the Trustee. 11 U.S.C. §1326(a)(2).

IT IS THEREFORE THE ORDER OF THIS COURT that:

1) This Chapter 13 case is dismissed with prejudice, barring refiling of a petition within 180 days unless the unpaid filing fee is tendered.

2) After deducting the costs of administration, including attorney's fees (if applicable) not to exceed $300.00, the Trustee shall pay funds remaining in this case, if any, pro–rata to creditors holding allowed secured claims which were to be paid through the Trustee under the terms of the Debtor's unconfirmed plan, unless a party in interest files a written objection within fourteen (14) days from the date of this Order.

3) Creditors are at liberty to pursue their legal remedies.



Lamar W. Davis Jr.
United States Bankruptcy Judge
PO Box 8347
Savannah, GA 31412

Dated **April 23, 2013**

*13−05 [Rev.11/09]* **LLE**